144 So. 916

### Charlie JONES, alias Johnson, v. STATE.
### 6 Div. 232.

Supreme Court of Alabama.
Dec. 15, 1932.

THOMAS, J.

The appeal presents for review the record proper. There is no bill of exceptions. We have examined the record, and find no error.

The judgment of the circuit court is affirmed.

All the Justices concur.

■

141 So. 917

### Oscar LAWSON v. STATE.
### 8 Div. 400.

Supreme Court of Alabama.
April 14, 1932.

Henry D. Jones, of Russellville, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

KNIGHT, J.

Petition of Oscar Lawson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Lawson v. State, 141 So. 922.

The opinion of the Court of Appeals does not disclose for what offense the petitioner was tried and convicted; nor does it disclose what questions were presented for determination. The opinion accompanying the petition furnishes this court no basis for a review of the rulings of the Court of Appeals, and the writ must accordingly be denied. Campbell v. State, 216 Ala. 295, 112 So. 902.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

■

141 So. 917

### Lucien D. LEWY v. Eulalia Brock LEWY.
### 3 Div. 981.

Supreme Court of Alabama.
May 12, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

■

144 So. 917

### Ex parte Chas. D. MANGUM.
### 6 Div. 275.

Supreme Court of Alabama.
Dec. 1, 1932.

M. B. Grace, of Birmingham, for petitioner.

PER CURIAM.
Rule nisi denied.
ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.

■

141 So. 917

### J. D. MARTIN et al. v. HOLTSVILLE HIGH SCHOOL BUILDING et al.
### 5 Div. 87.

Supreme Court of Alabama.
April 15, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

■

144 So. 917

### MARYLAND CASUALTY CO. v. R. MOATES.
### 5 Div. 110.

Supreme Court of Alabama.
Nov. 25, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

■

143 So. 924

### MONROE COUNTY BANK v. J. L. SMITH et al.
### 1 Div. 693.

Supreme Court of Alabama.
Oct. 6, 1932.

PER CURIAM.
Appeal dismissed by appellant.
See, also, 223 Ala. 53, 134 So. 797.